# Order

Michigan Supreme Court
Lansing, Michigan

July 24, 2012

Robert P. Young, Jr.,
Chief Justice

144890

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

DEBORAH MAZUR, Personal Representative
of the Estate of John Mazur, Deceased,
            Plaintiff-Appellee,

v

SC: 144890
COA: 300519
Wayne CC: 09-028133-NO

DETROIT DEPARTMENT OF
TRANSPORTATION, BAILIFF JOHN
DOE 1, and BAILIFF JOHN DOE 2,
            Defendants,
and

BAILIFF FRED DIXON,
            Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the February 23, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012

_____
Clerk

t0716